# EXHIBIT C

One Financial Way
Cincinnati, Ohio 45242

Post Office Box 237
Cincinnati, Ohio 45201-0237
513.794.6100
ohionational.com

**Ohio National**
**Financial Services**®

September 21, 2018

Veritas Independant Partners Llc
Ste 50
1150 Bob Courtway Dr
Conway, AR  72032-4773

RE:     **Selling Agreement**

To Whom It May Concern:

This letter is to provide notice of termination of any and all selling agreements, as amended, by and between you and any of your affiliates and The Ohio National Life Insurance Company, Ohio National Life Assurance Corporation and Ohio National Equities, Inc.  Termination will be effective December 12, 2018.   Pursuant to the agreement, all individual annuity trail compensation will cease at that time.   All group variable annuity trail compensation and life insurance renewal commissions will continue to be paid per the terms of the selling agreement.

You will be receiving information shortly about the terms for servicing your clients after termination of the selling agreement(s).

If you have any questions, please direct them to legal@ohionational.com.

Sincerely,

William C. Price
Senior Vice President & Assistant General Counsel