IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| VERITAS INDEPENDENT PARTNERS, LLC, | : | |
| **Plaintiff,** | : | Case No. 1:18-cv-769 |
| v. | : | Judge Barrett |
| THE OHIO NATIONAL LIFE INSURANCE COMPANY, et al., | : | |
| **Defendants.** | : | |

## NOTICE OF APPEARANCE

The undersigned counsel hereby enters an appearance on behalf of Defendants The Ohio National Life Insurance Company; Ohio National Life Assurance Corporation; Ohio National Equities, Inc.; and Ohio National Financial Services, Inc., in the above-referenced action.  Please serve all pleadings, motions, and the like at the following address:

> Marion H. Little, Jr.          (0042679)
> Christopher J. Hogan        (0079829)
> ZEIGER, TIGGES & LITTLE LLP
> 3500 Huntington Center
> 41 S. High Street
> Columbus, Ohio  43215
> little@litohio.com
> hogan@litohio.com

                                      Respectfully submitted,

                                      /s/ Marion H. Little, Jr.
                                      Marion H. Little, Jr.   (0042679)
                                      Christopher J. Hogan       (0079829)
                                      ZEIGER, TIGGES & LITTLE LLP
                                      3500 Huntington Center
                                      41 South High Street
                                      Columbus, Ohio  43215
                                      (614) 365-9900
                                      (Fax) (614) 365-7900
                                      little@litohio.com
                                      hogan@litohio.com

                                      Attorneys for Defendants

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 8, 2018, a copy of the foregoing was filed electronically with the Clerk of this Court using the CM/ECF system, which will send notification of such filing to all counsel of record to this action

/s/ Marion H. Little, Jr.
Marion H. Little, Jr.   (0042679)

414-033:784740