IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| VERITAS INDEPENDENT PARTNERS, LLC, *et al.*, *on behalf of all others similarly situated*,<br><br>*Plaintiffs*,<br><br>v.<br><br>THE OHIO NATIONAL LIFE INSURANCE COMPANY, *et al.*,<br><br>*Defendants*. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Case No. 1:18-cv-769<br><br>Judge Jeffery P. Hopkins |

## ORDER

This matter is before the Court on the parties' joint motion requesting an order dropping Plaintiff Avantax Investment Services, Inc. from this action and dismissing its claims with prejudice (the "Joint Motion") pursuant to Rule 21 of the Federal Rules of Civil Procedure. Rule 21 provides that "[o]n motion or on its own, the court may at any time, on just terms, add or drop a party." Fed. R. Civ. P. 21. Courts in the Sixth Circuit have decided that Rule 21 is the appropriate "procedural vehicle for dropping fewer than all the claims or parties." *Espinosa v. First Advantage Background Servs.*, 343 F.R.D. 414, 415 (S.D. Ohio 2023) (collecting cases).

For good cause shown, the Court hereby **GRANTS** the Joint Motion. It is therefore **ORDERED** that Avantax Investment Services, Inc. ("Avantax") is dropped from this case as a Plaintiff and that its claims against Defendants, and any potential claims between Avantax and Defendants related to ONcore annuity trail commissions, that could have been raised in

or were raised in this lawsuit, are hereby dismissed with prejudice. Neither Avantax nor Defendants shall be deemed a prevailing party for any purpose and shall bear their own costs.

This Order relates to Avantax only. Nothing in the Motion seeks to impact, nor does this Order impact, the continuing status and claims (and Defendants' defenses to the claims) of Plaintiff Veritas Independent Partners, LLC, which remains a Plaintiff in this action.

**IT IS SO ORDERED.**

December 1, 2025

Jeffery P. Hopkins
United States District Judge